# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GLENN FACKLER, III,<br><br>      Plaintiff,<br><br>v.<br><br>CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT, INC.,<br><br>      Defendant. | Case No.: 2:16-cv-11340-PDB-SDD<br>Hon. Paul D. Borman<br>Mag. Judge Stephanie Dawkins Davis |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Cadillac Accounts Receivable Management, Inc. ("CARM"), hereby certifies that CARM is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

                                                        Respectfully submitted,

                                                        /s/ Charity A. Olson
                                                        Charity A. Olson (P68295)
                                                        **OLSON LAW GROUP**
                                                        2723 S. State St., Ste. 150
                                                        Ann Arbor, MI 48104
                                                        Tel: (734) 222-5179
                                                        Fax: (866) 941-8712
Dated: May 27, 2016                            colson@olsonlawpc.com

1

## **CERTIFICATE OF SERVICE**

      I, Charity A. Olson, hereby state that on May 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**OLSON LAW GROUP**
